UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

    Petitioner,

    v.

YOLO COUNTY COURT, et al.,

    Respondents.

No. 2:18-cv-2426 CKD P

ORDER

Petitioner has filed what appears to be a petition for writ of habeas corpus under 28 U.S.C. § 2254. However, petitioner has not completed the proper form. Good cause appearing, petitioner will be granted 30 days within which to file his petition on the proper form. Also, petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the form used by this court. The petition must bear the docket number assigned this case and must be filled out completely, accurately and legibly.

/////

/////

1

2.  Petitioner shall also submit, within thirty days, the application to proceed in forma pauperis on the form provided by the Clerk of Court or the filing fee in the amount of $5.00.

3.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

4.  The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254, and the application to proceed in forma pauperis by a prisoner.

Dated: September 7, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
turn2426.wf