UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Petitioner,<br><br>    v.<br><br>YOLO COUNTY COURT, et al.,<br><br>    Respondents. | No. 2:18-cv-2426 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

    On September 7, 2018, petitioner was ordered to either submit a request to proceed in forma pauperis or to pay the appropriate filing fee within thirty days. Petitioner was warned that failure to do so would result dismissal. The thirty-day period has now expired, and petitioner has not complied with the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

/////

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 22, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
turn2426.fpf.hab